**[J-59-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DIANNE C. MAGEE, | : | No. 34 MAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 168 MD |
| | : | 2019 dated March 26, 2019. |
| v. | : | |
| | : | SUBMITTED: April 11, 2019 |
| | : | |
| KATHY BOOCKVAR, ACTING | : | |
| SECRETARY OF STATE, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                              **DECIDED: April 15, 2019**

AND NOW, this 15th day of April, 2019, the Order of the Commonwealth Court is

Affirmed.